AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| TIFFANY HARLEY | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   1:24-cv-22536 |
| | ) ) ) ) | |
| PUBLIX SUPER MARKETS, INC. | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> **PUBLIX SUPER MARKETS, INC.**
> **\*\*REGISTERED AGENT\*\***
> **801 US HIGHWAY 1**
> **NORTH PALM BEACH, FL  33408**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **DEREK SMITH LAW GROUP, PLLC**
> **C/O KYLE T. MACDONALD, ESQ.**
> **520 BRICKELL KEY DRIVE, SUITE O-301**
> **MIAMI, FL 33131**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

*s/ C.Davis*

Deputy Clerk
U.S. District Courts

Date: _____07/03/2024_____

Angela E. Noble
Clerk of Court