## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:24-CV-22536

Plaintiff:
**TIFFANY HARLEY**

vs.

Defendant:
**PUBLIX SUPER MARKETS, INC.**

For:
Kyle MacDonald, Esq
F Derek Smith Law Group, Pllc

Received by DLE Process Servers, Inc on the 26th day of July, 2024 at 1:27 pm to be served on **Publix Super Markets, Inc. c/o Registered Agent, 801 U.S. Hwy 1, North Palm Beach, FL 33408**

I, Bobby Paul, do hereby affirm that on the **29th day of July, 2024** at **11:25 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action, Complaint And Demand For Jury Trial, Civil Cover Sheet** at **801 U.S. Hwy 1, North Palm Beach, FL 33408** with the date and hour of service endorsed thereon by me, to: **Carlotta Cartwrigth** as **Office Assistant** for **Corporation Creations Network, REGISTERED AGENT** on behalf of **Publix Super Markets, Inc.** and informing said person of the contents therein, in compliance state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

**Bobby Paul**
CPS 1193

**DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705**

Our Job Serial Number: DLE-2024047184

| DELIVERED | 7/29/2024 11:25 AM |
|---|---|
| SERVER | BP |
| LICENSE | CPS 1193 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

TIFFANY HARLEY
*Plaintiff(s)*

v.

PUBLIX SUPER MARKETS, INC.
*Defendant(s)*

Civil Action No. 1:24-cv-22536

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> PUBLIX SUPER MARKETS, INC.
> **REGISTERED AGENT**
> 801 US HIGHWAY 1
> NORTH PALM BEACH, FL 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> DEREK SMITH LAW GROUP, PLLC
> C/O KYLE T. MACDONALD, ESQ.
> 520 BRICKELL KEY DRIVE, SUITE O-301
> MIAMI, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 07/03/2024

s/ C.Davis
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court