UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TIFFANY HARLEY,

        Plaintiff,

v.                                                                                                 CASE NO. 1:24-cv-22536-JEM

PUBLIX SUPER MARKETS, INC.,

        Defendant.

_____/

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Under Federal Rule of Civil Procedure 7.1, Defendant Publix Super Markets, Inc. submits this Corporate Disclosure Statement. Defendant has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

Dated this 19th day of August, 2024.        Respectfully submitted,

        */s/ Joseph D. Magrisso*
        Jennifer Bullock
          Florida Bar No. 0866881
          Email: jennifer.bullock@morganlewis.com
        Joseph D. Magrisso
          Florida Bar No. 105352
          Email: joseph.magrisso@morganlewis.com
        Morgan, Lewis & Bockius LLP
        600 Brickell Avenue, Suite 1600
        Miami, FL  33131-3075
        Telephone:  305.415.3000
        eFacsimile:  305.415.3001

        *Counsel for Defendant*