UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TIFFANY HARLEY,

      Plaintiff,

v.                                    CASE NO. 1:24-cv-22536-JEM

PUBLIX SUPER MARKETS, INC.,

      Defendant.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Under Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge, ECF No. 7, Defendant Publix Super Markets, Inc. ("Defendant") identifies the following "persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party," *id.* at 3:

- Tiffany Harley – Plaintiff.

- Kyle T. MacDonald – Counsel for Plaintiff.

- Derek Smith Law Group, PLLC – Counsel for Plaintiff.

- Publix Super Markets, Inc. – Defendant.  Defendant has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

- Jennifer Bullock – Counsel for Defendant.

- Joseph D. Magrisso – Counsel for Defendant.

- Morgan, Lewis & Bockius LLP – Counsel for Defendant

2

Dated this 29th day of August, 2024.　　　　Respectfully submitted,

/s/ Joseph D. Magrisso
Jennifer Bullock
　Florida Bar No. 0866881
　Email: jennifer.bullock@morganlewis.com
Joseph D. Magrisso
　Florida Bar No. 105352
　Email: joseph.magrisso@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, FL  33131-3075
Telephone:  305.415.3000
eFacsimile:  305.415.3001

*Counsel for Defendant*