UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TIFFANY HARLEY,

      Plaintiff,                                   CASE NO.: 1:24-cv-22536-JEM

    v.

PUBLIX SUPER MARKETS, INC.,

      Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, TIFFANY HARLEY ("Plaintiff" and/or "Ms. Harley"), by and through her undersigned counsel, hereby submits the following complete list of interested persons and corporations in this action, as required by the Court's August 20, 2024, Order [D.E. 7]:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly—traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. **Tiffany Harley,** *Plaintiff*
       **c/o Derek Smith Law Group, PLLC**
       **520 Brickell Key Dr, Suite O-301**
       **Miami, Florida 33131**

    b. **Publix Super Markets, Inc.,** *Defendant*
       **c/o Morgan, Lewis & Bockius LLP**
       **600 Brickell Avenue, Suite 1600**
       **Miami, FL 33131**

1

    c. **Kyle T. MacDonald, Esq.,** *Counsel for Plaintiff*
       **Derek Smith Law Group, PLLC**
       **520 Brickell Key Dr, Suite O-301**
       **Miami, Florida 33131**

    d. **Derek Smith Law Group, PLLC,** *Counsel for Plaintiff*
       **520 Brickell Key Dr, Suite O-301**
       **Miami, Florida 33131**

    e. **Jennifer Bullock, Esq.,** *Counsel for Defendant*
       **Morgan, Lewis & Bockius LLP**
       **600 Brickell Avenue, Suite 1600**
       **Miami, FL 33131**

    f. **Joseph D. Magrisso, Esq.,** *Counsel for Defendant*
       **600 Brickell Avenue, Suite 1600**
       **Miami, FL 33131**

    g. **Morgan, Lewis & Bockius LLP,** *Counsel for Defendant*
       **600 Brickell Avenue, Suite 1600**
       **Miami, FL 33131**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Tiffany Harley,** *Plaintiff*

Dated:  Miami, Florida　　　　　　　　　**DEREK SMITH LAW GROUP, PLLC**
　　　　　September 4, 2024,　　　　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*/s/ Kyle T. MacDonald*
　　　　　　　　　　　　　　　　　　　　Kyle T. MacDonald, Esq.
　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 1038749
　　　　　　　　　　　　　　　　　　　　Derek Smith Law Group, PLLC
　　　　　　　　　　　　　　　　　　　　520 Brickell Key Drive, Suite O-301
　　　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　　　Tel: (305) 946-1884
　　　　　　　　　　　　　　　　　　　　Fax: (305) 503-6741
　　　　　　　　　　　　　　　　　　　　Kyle@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on September 4, 2024, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>/s/ Kyle T. MacDonald</u><br>
Kyle T. MacDonald, Esq.

## SERVICE LIST

**MORGAN, LEWIS & BOCKIUS LLP**

Jennifer Bullock
Florida Bar No. 0866881
Email: jennifer.bullock@morganlewis.com
Joseph D. Magrisso
Florida Bar No. 105352
Email: joseph.magrisso@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: 305.415.3000
eFacsimile: 305.415.3001

*Counsel for Defendant Publix Super Markets, Inc.*