UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TIFFANY HARLEY,

        Plaintiff,

v.                                        CASE NO. 1:24-cv-22536-JEM

PUBLIX SUPER MARKETS, INC.,

        Defendant.
_____/

**ELECTION TO JURISDICTION BY A UNITED STATES**
**MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs                             Yes _____ No __X__

2. Motions for Attorney's Fees             Yes _____ No __X__

3. Motions for Sanctions                    Yes _____ No __X__

4. Motions to Dismiss                        Yes _____ No __X__

5. Motions for Summary Judgment      Yes _____ No __X__

6. Discovery                                      Yes _____ No __X__

7. Other (specify) _____

___9/24/2024___                     _/s/ Kyle T. MacDonald_____
(Date)                                  (Signature--Plaintiff's Counsel)

___9/24/2024___                     _/s/ Joseph D. Magrisso_____
(Date)                                  (Signature--Defendant's Counsel)