UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TIFFANY HARLEY,

      Plaintiff,

v.                                          CASE NO. 1:24-cv-22536-JEM

PUBLIX SUPER MARKETS, INC.,

      Defendant.
_____/

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

THIS MATTER is before the Court upon Plaintiff Tiffany Harley and Defendant Publix Super Markets, Inc.'s Joint Motion to Modify Scheduling Order and Incorporated Memorandum of Law ("Motion"). Upon due consideration, it is hereby

ORDERED and ADJUDGED that:

(1) The Motion is GRANTED.

(2) The Court hereby modifies its Order Setting Civil Trial Date and Pretrial Schedule, ECF No. 7, so that the following timetable shall govern the pretrial procedures in this case:

| Date | Event |
|---|---|
| April 14, 2025 | A mediator must be selected. |
| April 14, 2025 | Parties shall exchange expert witness summaries and reports. |
| May 13, 2025 | Parties exchange rebuttal expert witness summaries and reports. |
| June 12, 2025 | Mediation shall be completed. |
| July 2, 2025 | All discovery, including expert discovery, shall be completed. |
| August 4, 2025 | All *Daubert*, summary judgment, and other dispositive motions must be filed. Each party is limited to filing a single *Daubert* motion of no more than 20 pages. Summary judgment motions, in addition to containing a Statement of Material Facts pursuant to Local Rule 56.1(a), shall be accompanied by a separately-filed Joint Statement of Undisputed Fact, which must include all relevant facts about which there is no material dispute. Each undisputed fact shall be individually |

        numbered and separated by paragraphs.  This filing is limited to 10 pages and does not otherwise change the parties' obligation to comply with Local Rule 56.1.

        <u>Note</u>: If there are any unresolved discovery disputes pending fifteen days prior to this date, the moving party shall immediately advise the Court of all such unresolved disputes together with their status.

| | |
|---|---|
| September 25, 2025 | All pretrial motions and memoranda of law must be filed.  Each party is limited to filing a single motion *in limine*, which may not, without leave of Court, exceed the 20-page limit allowed by the Rules. |
| October 12, 2025 | Joint Pretrial Stipulation must be filed. |
| November 3, 2025 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| November 4, 2025 | Proposed *voir dire* questions must be filed. |

  (3) Trial shall commence during the two-week period beginning _____, at \_\_\_\_ a.m., before Jose E. Martinez, United States District Judge, 400 N. Miami Ave., Courtroom 10-1, Miami, Florida 33128.

  (4) Calendar Call shall be held on _____, at \_\_\_\_ p.m., at the same location.

  DONE AND ORDERED in Chambers in Miami, Florida this \_\_\_ day of _____, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record