UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-22536-CIV-MARTINEZ

TIFFANY HARLEY,

 Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.,

 Defendant.
_____/

### ORDER ON MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES

**THIS MATTER** is before the Court on the Parties' Joint Motion to Continue Trial and Pretrial Deadlines ("Motion") (ECF No. 13). The Parties move for a continuance of the current trial date and corresponding enlargements of time of the remaining pretrial deadlines. After careful consideration, it is **ORDERED AND ADJUDGED** that

1. The Motion, (ECF No. 13), is **GRANTED.** The previous calendar call and trial dates are hereby **CANCELLED**.

2. Trial is rescheduled to commence during the two-week period beginning **Monday, November 17, 2025,** before Jose E. Martinez, United States District Judge, at 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida 33128. Calendar Call will be held on **Thursday, November 13, 2025,** at 1:30 p.m. at the same location.

3. The following pretrial deadlines are modified as follows:

- **4/14/25:** Parties shall exchange expert witness summaries and reports.

- **5/13/25:** Parties shall exchange rebuttal expert witness summaries and reports.

1

- **7/2/25:** All discovery shall be completed.

- **8/4/25:** All Daubert, summary judgment, and other dispositive motions must be filed.

- **9/25/25:** All pretrial motions and memoranda of law must be filed.

- **10/12/25:** Parties shall file joint pretrial stipulation.

- **11/3/25:** Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed.

- **11/4/25:** Proposed voir dire questions must be filed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of February, 2025

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record