**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TIFFANY HARLEY,

        Plaintiff,

v.                                                   CASE NO. 1:24-cv-22536-JEM

PUBLIX SUPER MARKETS, INC.,

        Defendant.
_____/

**JOINT NOTICE OF SCHEDULING MEDIATION**

Plaintiff Tiffany Harley and Defendant Publix Super Markets, Inc. hereby give notice that they have scheduled the mediation to take place with mediator Scott Callen on May 8, 2025, at 10:00 AM, by videoconference.

Respectfully submitted on March 7, 2025.

| | |
|---|---|
| By: */s/ Kyle T. MacDonald* <br> Kyle T. MacDonald, Esq. <br> Florida Bar No. 1038749 <br> Derek Smith Law Group, PLLC <br> 520 Brickell Key Drive, Suite O-301 <br> Miami, FL 33131 <br> Tel: (305) 946-1884 <br> Kyle@dereksmithlaw.com <br><br> *Counsel for Plaintiff* | By: */s/ Jennifer Bullock* <br> Jennifer Bullock <br>   Florida Bar No. 0866881 <br>   Email: jennifer.bullock@morganlewis.com <br> Joseph D. Magrisso <br>   Florida Bar No. 105352 <br>   Email: joseph.magrisso@morganlewis.com <br> Morgan, Lewis & Bockius LLP <br> 600 Brickell Avenue, Suite 1600 <br> Miami, FL 33131-3075 <br> Telephone: (305) 415-3000 <br> eFacsimile: (305) 415-3001 <br><br> *Counsel for Defendant* |