UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TIFFANY HARLEY,

      Plaintiff,                                      CASE NO. 1:24-cv-22536-JEM

v.

PUBLIX SUPER MARKETS, INC.,

      Defendant.

_____/

### NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

Attorney Kyle T. MacDonald hereby files this Notice of Change of Address and Contact Information in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

| | |
|---|---|
| **Law Firm:** | MacDonald Law, PLLC |
| **Address:** | 420 SW 7th St, Suite 1118<br>Miami, Florida 33130 |
| **Email:** | kyle@macdonaldemploymentlaw.com |
| **Telephone:** | (786) 500-9995 |

Dated this 17th day of March, 2025,

                                                                           Respectfully submitted,

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No. 1038749
MacDonald Law, PLLC
420 SW 7th St, Suite 1118
Miami, FL 33130
Tel: (786) 500-9995
kyle@macdonaldemploymentlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 17, 2025, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**MORGAN, LEWIS & BOCKIUS LLP**

Jennifer Bullock, Esq.
Florida Bar No. 0866881
Email: jennifer.bullock@morganlewis.com
Joseph D. Magrisso, Esq.
Florida Bar No. 105352
Email: joseph.magrisso@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: 305.415.3000
eFacsimile: 305.415.3001

*Counsel for Defendant*