UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TIFFANY HARLEY,

      Plaintiff,

v.                                                                                          CASE NO. 1:24-cv-22536-JEM

PUBLIX SUPER MARKETS, INC.,

      Defendant.
_____/

**JOINT MOTION TO MODIFY EXPERT DISCLOSURE DEADLINES
AND INCORPORATED MEMORANDUM OF LAW**

Under Federal Rule of Civil Procedure 16(b)(4), Plaintiff Tiffany Harley and Defendant Publix Super Markets, Inc. submit this motion to modify the Court's Order on Motion to Continue Trial and Pretrial Deadlines, ECF No. 14 ("Order"), by extending the expert disclosure deadlines. In support of this Motion, the parties state as follows.

1.    "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The Scheduling Order provides, "This schedule shall not be modified absent compelling circumstances. All motions for enlargement of time of any deadlines set forth below must include a statement as to whether the requested extension will affect the trial date or any other deadline set forth in this timetable." ECF No. 7 at 4-5.

2.    The parties respectfully submit that compelling circumstances warrant modifying the current Order solely to extend the time for the parties to exchange expert disclosures, for the following reasons.

3.    This action has necessitated more discovery than typical single-plaintiff employment actions. Plaintiff asserts the following claims: (1) sex discrimination under Title VII

of the Civil Rights Act of 1964 ("Title VII"); (2) retaliation under Title VII; (3) discrimination under the Pregnant Workers Fairness Act ("PWFA"); (4) retaliation under the PWFA; (5) discrimination under the Americans with Disabilities Act ("ADA"); (6) retaliation under the ADA; (7) interference under the Family and Medical Leave Act ("FMLA"); (8) retaliation under the FMLA; (9) sex and disability discrimination under the Florida Civil Rights Act ("FCRA"); (10) sex and disability retaliation under the FCRA; (11) sex and disability discrimination under the Miami-Dade County Human Rights Ordinance ("MDHRO"); and (12) sex and disability retaliation under the MDHRO. In their discovery, the parties have identified eighteen witnesses.

4. The parties are diligently conducting discovery, and have completed a considerable amount of discovery, including exchanging a combined document production of approximately 5,000 pages. The parties also have served supplemental discovery responses and non-party discovery.

5. The parties have begun taking depositions but anticipate that seven (7) depositions remain to be taken before the close of discovery on July 2, 2025.

6. Because this additional discovery must take place before the parties can identify appropriate experts and before such experts can prepare any summaries or reports, compelling circumstances warrant a three-week extension of the deadlines to exchange expert witness summaries and reports (from April 14, 2025 to May 5, 2025) and to exchange rebuttal expert witness summaries and reports (from May 13, 2025 to June 3, 2025).

7. The requested extension will not affect the trial date or any other deadline set forth in the Order.

8. The granting of this Motion will not prejudice any party.

9.  The parties seek the requested modification of the Scheduling Order in good faith and not for delay or any other improper purpose.

Accordingly, based upon the above compelling circumstances, the parties respectfully request that the Court modify the Order by extending the deadlines and dates set forth therein by three weeks.

Respectfully submitted on April 11, 2025.

| | |
|---|---|
| By: */s/ Kyle T. MacDonald* <br> Kyle T. MacDonald, Esq. <br> Florida Bar No. 1038749 <br> MacDonald Law, PLLC <br> 420 SW 7th Street, Suite 1118 <br> Miami, FL 33130 <br> Office: (786) 500-9675 <br> Direct: (786) 500-9995 <br> kyle@macdonaldemploymentlaw.com <br><br> *Counsel for Plaintiff* | By: */s/ Jennifer Bullock* <br> Jennifer Bullock <br>   Florida Bar No. 0866881 <br>   Email: jennifer.bullock@morganlewis.com <br> Joseph D. Magrisso <br>   Florida Bar No. 105352 <br>   Email: joseph.magrisso@morganlewis.com <br> Morgan, Lewis & Bockius LLP <br> 600 Brickell Avenue, Suite 1600 <br> Miami, FL  33131-3075 <br> Telephone:  (305) 415-3000 <br> eFacsimile:  (305) 415-3001 <br><br> *Counsel for Defendant* |