**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TIFFANY HARLEY,

      Plaintiff,

v.     CASE NO. 1:24-cv-22536-JEM

PUBLIX SUPER MARKETS, INC.,

      Defendant.

_____/

**ORDER GRANTING JOINT MOTION TO**
**MODIFY EXPERT DISCLOSURE DEADLINES**

THIS MATTER is before the Court upon Plaintiff Tiffany Harley and Defendant Publix Super Markets, Inc.'s Joint Motion to Modify Expert Disclosure Deadlines and Incorporated Memorandum of Law ("Motion"). Upon due consideration, it is hereby

ORDERED and ADJUDGED that:

(1)   The Motion is GRANTED.

(2)   The Court hereby modifies its Order on Motion to Continue Trial and Pretrial Deadlines, ECF No. 14, and extends the following deadlines as follows:

| | |
|---|---|
| May 5, 2025 | Parties shall exchange expert witness summaries and reports. |
| June 3, 2025 | Parties shall exchange rebuttal expert witness summaries and reports. |

DONE AND ORDERED in Chambers in Miami, Florida this ____ day of _____, 2025.

                                                                                                  _____
                                                                                                   JOSE E. MARTINEZ
                                                                                                   UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record