UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TIFFANY HARLEY,

    Plaintiff,

v.              CASE NO. 1:24-cv-22536-JEM

PUBLIX SUPER MARKETS, INC.,

    Defendant.
_____/

**JOINT MEDIATION REPORT AND NOTICE OF SETTLEMENT**

  Pursuant to this Court's Order dated August 20, 2024 (ECF No. 7), the Parties hereby notify the Court that mediation was held on May 8, 2025, at which the Parties reached an agreement in principle to resolve the claims in this matter. The Parties are currently finalizing the settlement documents and anticipate filing the appropriate dismissal papers upon execution of the agreement.

Respectfully submitted on May 13, 2025.

| | |
|---|---|
| By: */s/ Kyle T. MacDonald* | By: */s/ Jennifer Bullock* |
| Kyle T. MacDonald, Esq. | Jennifer Bullock |
| Florida Bar No. 1038749 |  Florida Bar No. 0866881 |
| McDonald Law, PLLC |  Email: jennifer.bullock@morganlewis.com |
| 420 SW 7th Street, Suite 1118 | Joseph D. Magrisso |
| Miami, Florida 33130 |  Florida Bar No. 105352 |
| Tel: (786) 500-9995 |  Email: joseph.magrisso@morganlewis.com |
| Kyle@macdonaldemploymentlaw.com | Morgan, Lewis & Bockius LLP |
| | 600 Brickell Avenue, Suite 1600 |
| *Counsel for Plaintiff* | Miami, FL 33131-3075 |
| | Telephone: (305) 415-3000 |
| | eFacsimile: (305) 415-3001 |
| | |
| | *Counsel for Defendant* |