UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TIFFANY HARLEY,

      Plaintiff,

v.                                             CASE NO. 1:24-cv-22536-JEM

PUBLIX SUPER MARKETS, INC.,

      Defendant.

_____/

**JOINT MOTION TO EXTEND THE DEADLINE TO FILE DISMISSAL PAPERS
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Tiffany Harley and Defendant Publix Super Markets, Inc. ("Publix") respectfully request that the Court grant a one-week extension of time, through June 20, 2025, for the parties to file a stipulation of dismissal, proposed order of dismissal, or final judgment. In support of this motion, the Parties state as follows.

1. On May 13, 2025, the Parties notified the Court that "mediation was held on May 8, 2025, at which the Parties reached an agreement in principle to resolve the claims in this matter"; and that "[t]he Parties are currently finalizing the settlement documents and anticipate filing the appropriate dismissal papers upon execution of the agreement." ECF No. 23 at 1.

2. On May 14, 2025, the Court entered an Order on Notice of Settlement. ECF No. 24. The Court ordered the Parties to "file a Stipulation of Dismissal …; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action" within 30 days—i.e., by June 13, 2025. *Id.* at 1.

3. The Parties are working diligently to finalize dismissal papers, but need an additional week to finalize the dismissal papers.

4. A court may extend the time for parties to file dismissal papers. *See Urban v. Metro. Life Ins. Co.*, No. 18-80178, 2018 U.S. Dist. LEXIS 216205, at *1 (S.D. Fla. Dec. 20, 2018) (granting motion for additional extension of time to file closing documents).

5. Because the Parties need an additional week to file dismissal papers, good cause exists for an extension of time through June 20, 2025 for the Parties to file a stipulation of dismissal, proposed order of dismissal, or final judgment.

Accordingly, the Parties respectfully request that the Court grant a one-week extension of time, through June 20, 2025, for the Parties to file a stipulation of dismissal, proposed order of dismissal, or final judgment.

Respectfully submitted on June 13, 2025.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No. 1038749
MacDonald Law, PLLC
420 SW 7th Street, Suite 1118
Miami, FL 33130
Office: (786) 500-9675
Direct: (786) 500-9995
kyle@macdonaldemploymentlaw.com

*Counsel for Plaintiff*

By: */s/ Joseph D. Magrisso*
Jennifer Bullock
  Florida Bar No. 0866881
  Email: jennifer.bullock@morganlewis.com
Joseph D. Magrisso
  Florida Bar No. 105352
  Email: joseph.magrisso@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, FL  33131-3075
Telephone:  (305) 415-3000
eFacsimile:  (305) 415-3001

*Counsel for Defendant*