**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TIFFANY HARLEY,

       Plaintiff,

v.                                                                           CASE NO. 1:24-cv-22536-JEM

PUBLIX SUPER MARKETS, INC.,

       Defendant.
_____/

**ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE TO FILE DISMISSAL PAPERS**

THIS MATTER is before the Court upon the Parties' Joint Motion to Extend the Deadline to File Dismissal Papers ("Motion"). Upon due consideration, it is hereby

ORDERED and ADJUDGED that:

(1)    The Motion is GRANTED.

(2)    On or before June 20, 2025, the Parties shall file a Stipulation of Dismissal, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action.

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of _____, 2025.

                                                                     _____
                                                                     JOSE E. MARTINEZ
                                                                     UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record