UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TIFFANY HARLEY,

        Plaintiff,

v.                                                CASE NO. 1:24-cv-22536-JEM

PUBLIX SUPER MARKETS, INC.,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tiffany Harley and Defendant Publix Super Markets, Inc., by and through undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party to bear her or its own attorneys' fees and costs. The parties request that the Court retain jurisdiction to enforce the terms of the parties' settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Dated this 16th day of June 2025.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No. 1038749
MacDonald Law, PLLC
420 SW 7th Street, Suite 1118
Miami, FL 33130
Office: (786) 500-9675
Direct: (786) 500-9995
kyle@macdonaldemploymentlaw.com

*Counsel for Plaintiff*

Respectfully submitted,

By: */s/ Joseph Magrisso*
Jennifer Bullock
  Florida Bar No. 0866881
  Email: jennifer.bullock@morganlewis.com
Joseph D. Magrisso
  Florida Bar No. 105352
  Email: joseph.magrisso@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: (305) 415-3000
eFacsimile: (305) 415-3001

*Counsel for Defendants*