**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TIFFANY HARLEY,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　CASE NO. 1:24-cv-22536-JEM

PUBLIX SUPER MARKETS, INC.,

      Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation of Dismissal with Prejudice filed by Plaintiff Tiffany Harley and Defendant Publix Super Markets, Inc. Upon due consideration, it is hereby

ORDERED and ADJUDGED that this matter is DISMISSED WITH PREJUDICE. Each party shall bear her or its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement. The Clerk is directed to CLOSE this case.

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of _____, 2025.

                                              _____
                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record